# SPIEGEL & MCDIARMID LLP

GEORGE SPIEGEL (1919-1997)
JAMES N. HORWOOD
CYNTHIA S. BOGORAD
SCOTT H. STRAUSS
LISA G. DOWDEN
PETER J. HOPKINS
DAVID E. POMPER
WILLIAM S. HUANG
TILLMAN L. LAY
STEPHEN C. PEARSON
JEFFREY A. SCHWARZ
KATHARINE M. MAPES
LATIF M. NURANI

SENIOR COUNSEL
  ROBERT C. McDIARMID
  ROBERT A. JABLON
  THOMAS C. TRAUGER

1875 EYE STREET, NW
SUITE 700
WASHINGTON, DC 20006

WWW.SPIEGELMCD.COM

Telephone 202.879.4000
Facsimile 202.393.2866
EMAIL INFO@SPIEGELMCD.COM

Direct Dial 202.879.4035
EMAIL SCOTT.STRAUSS@SPIEGELMCD.COM

ASSOCIATES
  JEFFREY M. BAYNE
  AMBER L. MARTIN STONE
  AMANDA C. DRENNEN
  LAUREN L. SPRINGETT
  ANREE G. LITTLE
  GWENDOLYN A. HICKS

OF COUNSEL
  REBECCA J. BALDWIN
  FRANCES E. FRANCIS
  MARGARET A. McGOLDRICK

December 9, 2021

Patricia Dodszuweit, Clerk
Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re: *PJM Power Providers Group v. Federal Energy Regulatory Commission*, Case Nos. 21-3068, 21-3205, and 21-3243 (Consolidated)

Dear Ms. Dodszuweit:

On November 29, 2021, New Jersey Division of Rate Counsel, Office of the People's Counsel for the District of Columbia, Maryland Office of People's Counsel, and Delaware Division of the Public Advocate (together, Joint Consumer Advocates) moved for leave to intervene in *PJM Power Providers Group v. Federal Energy Regulatory Commission*, Case No. 21-3068 (ECF No. 19). The Court granted Joint Consumer Advocates' motion by order dated November 29, 2021 (ECF No. 20).

Subsequent to the grant of Joint Consumer Advocates' intervention in Case No. 21-3068, two additional petitions for review of the same underlying Federal Energy Regulatory Commission (FERC) matter (FERC Docket No. ER21-2582) were filed by Electric Power Supply Association (Case No. 21-3205) and the Pennsylvania Public Utility Commission and Public Utilities Commission of Ohio (Case No. 21-3243). The Court consolidated these cases with Case No. 21-3068 by order dated December 6, 2021 (ECF No. 53).

Because all three cases pertain to the same underlying FERC matter, and in light of the consolidation of Case Nos. 21-3205 and 21-3243 with Case No. 21-3068, Joint Consumer Advocates respectfully request that they be permitted to participate as intervenors in Case Nos. 21-3205 and 21-3243 in addition to Case No. 21-3068.

Should you have questions regarding this request or require additional information, please do not hesitate to contact me.

Sincerely,

*/s/ Scott H. Strauss*

Scott H. Strauss

*Counsel for Joint Consumer Advocates*