COMMISSIONERS
_____

JASON M. STANEK
CHAIRMAN

MICHAEL T. RICHARD
ANTHONY J. O'DONNELL
ODOGWU OBI LINTON
MINDY L. HERMAN

STATE OF MARYLAND



PUBLIC SERVICE COMMISSION

February 7, 2022

Via ECF

Patricia Dodszuweit, Clerk
Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *PJM Power Providers Group v. Federal Energy Regulatory Commission*, Case Nos. 21-3068, 21-3205, 21-3243, and 22-1158 (consolidated)

Dear Ms. Dodszuweit:

      On November 19, 2021, the Maryland Public Service Commission moved to intervene in *PJM Power Providers Group v. Federal Energy Regulatory Commission*, Case No. 21-3068 (ECF No. 6). The court has since consolidated Case No. 21-3068 with three additional petitions for review that were given Case Nos. 21-3205, 21-3423, and 22-1158. (ECF No. 27, 53, and 92).

      The court clerk issued an order on February 2, 2022 informing the parties granted leave to intervene in earlier filed cases that they should file a letter for the clerk's information to indicate they wish to proceed as a party in the later filed petitions as well.

      In this letter, the Maryland Public Service Commission requests that it be permitted to also participate as an intervenor in Case Nos. 21-3205, 21-3423, and 22-1158. The Maryland Public Service Commission is participating jointly with the New Jersey Board of Public Utilities, in support of the Respondent—Federal Energy Regulatory Commission.

      Respectfully submitted,

      H. Robert Erwin, Jr.
      General Counsel

/s/ *Miles H. Mitchell*
_____
Miles H. Mitchell
Deputy General Counsel
Ransom E. Ted Davis
Associate General Counsel